**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CR66-3-V**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**v.** )   <u>**O R D E R**</u><br>)<br>**MICHAEL J. RICKS AND JOHN H. WOODY,** )<br>)<br>      **Defendants.** ) | |

**THIS MATTER** is before the Court on "Motion For Admission Of Jeffrey F. Robertson Pro Hac Vice" on behalf of Defendant John H. Woody. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: June 28, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge